# Court of Appeals, State of Michigan

## ORDER

People of MI v Kevin Raynard Jackson

Docket No. 322350

LC No. 13-020353-FH

Mark T. Boonstra
Presiding Judge

Henry William Saad

Joel P. Hoekstra
Judges

The Court orders that the motion for reconsideration is GRANTED, and this Court's opinion issued October 13, 2015 is hereby VACATED. A new opinion is attached to this order.

A true copy entered and certified by Jerome W. Zimmer Jr., Chief Clerk, on

DEC 0 3 2015

Date

Chief Clerk